UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: Tina Johnson | ) | Judge Thomas M. Lynch |
| Debtor | ) | |
| | ) | Case No. 17-82868 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Patrick Layng, US Trustee | ) | Adversary Case |
| Plaintiff | ) | 18-96018 |
| | ) | |
| v. | ) | |
| | ) | |
| Michael C. Burr, Jaafar Law Group PLLC, ET. AL. | ) | |
| Defendants | ) | |

### NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO APPROVE STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DAVID CARTER

Plaintiff, the United States Trustee, has filed a motion to approve a stipulation for the entry of judgement against defendant David Carter in this adversary proceeding. A copy of the motion is attached.

**Your rights may be affected. You should read the motion papers carefully and discuss them with your attorney, if you have one in this adversary proceeding. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the relief requested, or if you want the court to consider your views on the motion, then you or your attorney must:

Attend the hearing scheduled for Wednesday, August 15, 2018 at 9:00 a.m., in the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 South Court Street, Room 3100, Rockford, Illinois.

If you or your attorney do not take these steps, then the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  August 8, 2018                                  Respectfully submitted
                                                        PATRICK S. LAYNG
                                                        United States Trustee

Office of the U.S. Trustee
780 Regent Street, Suite 304       By:    /s/ Debra L. Schneider
Madison, WI 53715                          Debra L. Schneider
(608) 264-5522                             Trial Attorney

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: Tina Johnson | ) | Judge Thomas M. Lynch |
| Debtor | ) | |
| | ) | Case No. 17-82868 |
| | ) | |
| | ) | Chapter 7 |
| _____ | )_____ | |
| | ) | |
| Patrick Layng, US Trustee | ) | Adversary Case |
| Plaintiff | ) | 18-96018 |
| | ) | |
| v. | ) | |
| | ) | |
| Michael C. Burr, Jaafar Law Group PLLC, | ) | |
| Fairmax Law, Michael Jaafar, David Ienna, | ) | |
| Christina Banyon, and David Carter, | ) | |
| Defendants | ) | |

## MOTION TO APPROVE STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DAVID CARTER

**NOW COMES** the United States Trustee, Patrick S. Layng, by his attorney, Debra L. Schneider, who respectfully requests that the Court enter the order approving the stipulation for entry of judgment and enter judgment in the above captioned case as to Defendant David Carter only, and who in support of this motion asserts as follows:

1. On June 7, 2018, the United States Trustee commenced this adversary case by filing a Complaint, Adversary Case No. 18-96018 for an assessment of penalties under U.S.C. §§ 105, 329, and 526 against the named Defendants.

2. Defendant David Carter, has entered into a Stipulation with the United States Trustee to resolve this matter as it relates to Defendant David Carter only.  See Stipulation, Dkt. 22, attached hereto as Exhibit A.

2

3. Defendant David Carter has agreed to entry of judgment and agrees that the Court may enter the Order which accompanies this Motion and Stipulation without further notice or proceedings.

**WHEREFORE,** the United State Trustee requests that the Court approve the Stipulation and enter judgement and the Order Approving such stipulation and all conditions set forth therein.

PATRICK S. LAYNG
United States Trustee

By:    */s/ Debra L. Schneider*
     DEBRA L. SCHNEIDER
     Attorney for U.S. Trustee

Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
(608) 264-5522

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies pursuant to 28 U.S.C. § 1746 that he is an employee in the Office of the United States Trustee for the Northern District of Illinois, Western Division and is a person of such age and discretion as to be competent to serve papers.

That on August 8, 2018, copies of the notice of motion and motion granting stipulation for judgment against David Carter in the above adversary proceeding were served on the parties below by placing said copies in a postpaid envelope and by depositing said envelope and contents in the United States Mail.

The undersigned further certifies under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Michael C. Burr<br>Fairmax Law<br>1333 Burr Ridge Parkway<br>Suite 200<br>Burr Ridge, IL 60527 | Michael C. Burr<br>Robert J. Adams & Associates<br>901 W. Jackson Blvd.<br>Suite 202<br>Chicago, IL 60607-3738 |
| Fairmax Law<br>23400 Michigan Avenue<br>Suite 110<br>Dearborn, MI 48124 | Michael Jaafar<br>23400 Michigan Avenue<br>Suite 110<br>Dearborn, MI 48124 |
| David Ienna<br>23400 Michigan Avenue<br>Suite 110A<br>Dearborn, MI 48124 | Christina Banyon<br>124 N. Scott Street<br>Joliet, IL 60432 |
| David Carter<br>308 W. State Street<br>Suite 215<br>Rockford, IL 61101 | Jaafar Law Group PLLC<br>23400 Michigan Avenue<br>Suite 110B<br>Dearborn, MI 48124 |
| David Ienna<br>1 Parklane Blvd.<br>Suite 729 East<br>Dearborn, MI 48126 | Michael C. Burr<br>55 E. Monroe Street<br>Suite 3800<br>Chicago, IL 60603 |

                                                           */s/ James C. Dreier, Jr.*
                                                           James C. Dreier, Jr.
                                                           Paralegal Specialist for United States Trustee