# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: Tina Johnson, | ) | Judge: Thomas Lynch |
| | ) | Case No.: 17-82868 |
| Debtor. | ) | Chapter: 7 |
| _____ | ) | _____ |
| | ) | |
| Patrick Layng, US Trustee | ) | Adversary Case: 18-96018 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael C. Burr, Jafar Law Group | ) | |
| PLLC, Fairmax Law, Michael Jaafar, | ) | |
| David Ienna, Christina Banyon, and | ) | |
| David Carter | ) | |
| Defendants | ) | |

## STIPULATION EXTENDING TIME TO FILE ANSWER

Now comes the Plaintiff, the United States Trustee Patrick S. Layng, by his attorney Debra L. Schneider, and Defendant, Christina Banyon, appearing on a pro se basis, and hereby states as follows:

1. That the parties are in the process of settlement.

2. That by agreement, all parties agree to extend the deadline to file an Answer to August 24, 2018.

Dated:  August 10, 2018

By:   /s/      *Christina Banyon*
Christina Banyon, Defendant
Appearing pro se


By: /s/         *Debra Schneider*
Patrick Layng, Plaintiff
By Debra Schneider, Attorney

{00045825}