SEALED 8/8/2018

mh

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## WESTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Tina Johnson, ) | Judge: Thomas Lynch | |
| | ) | Case No.: 17-82868 | |
| | Debtor. ) | Chapter: 7 | |
| | ) | | |
| | Patrick Layng, US Trustee ) | Adversary Case: 18-96018 | |
| | Plaintiff ) | | |
| | ) | | |
| | v. ) | | |
| | ) | | |
| | Michael C. Burr, Jafar Law Group ) | | |
| | PLLC, Fairmax Law, Michael Jaafar, ) | | |
| | David Ienna, Christina Banyon, and ) | | |
| | David Carter ) | | |
| | Defendants ) | | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 13 2018
JEFFREY P. ALLSTEADT, CLERK

## AGREED MOTION TO ENTER AGREED ORDER

**NOW COMES** Christina Banyon, appearing on a pro se basis, and the United States Trustee, Patrick S. Layng, by his attorney, Debra L. Schneider, who respectfully moves this Honorable Court to approve this Agreed Motion to Restrict Access pursuant to Local Rule 5005-4, and Enter an Agreed Order to Restrict Access and in support thereof, hereby states as follows:

1. On August 7, 2018, Defendant, Christina Banyon, filed a Stipulation between Plaintiff and Defendant Christina Banyon to extend time to file an answer (Dkt. 23). It contained the wrong case number and she was directed by the U.S. Bankruptcy Clerk of Court's Office to refile the document.

2. On August 8, 2018, Defendant Banyon filed two documents with docket text referencing a Stipulation Extending Time for File Answer (Dkt. 26) and (Dkt. 27).

3. Both Stipulations, as filed, purport to contain the /s/ signature of Debra L. Schneider on behalf of the Plaintiff United States Trustee.

{00045825}

4.  Docket entry #26, consisting of two pages, was filed inadvertently by Christina Banyon. The underlying document that was uploaded as Dkt. 26 is not a Stipulation to Extend Time. Rather, it is a document containing proposed settlement information.

5.  Debra L. Schneider did not sign or authorize her signature on behalf of the United States Trustee to the underlying document that was filed at Dkt. 26.

6.  Dkt. 26 contains confidential settlement negotiations that are inadmissible under FRE 408.

7.  It is agreed to between Attorney Christina Banyon and the United States Trustee to restrict access to Docket #26 as of the date of the filing from view by all parties, except for the United State Trustee.

8. Cause has been shown to restrict docket Entry #26, as of the date of filing, August 8, 2018, which consists of two (2) pages in its entirety,

**WHEREFORE,** by agreement the Parties pray for the following relief:

a) That access to the document appearing as Docket Entry #26 is restricted as of the filing date from view by all parties, except for the United States Trustee.

b) The clerk of court is directed to revise the docket entry to reflect that docket #26 is a restricted document, restricted from view from all parties except the United States Trustee.

Dated: August 8, 2018

By: /s/     *Christina Banyon*
Christina Banyon, Defendant
Appearing pro se


By: /s/     *Debra Schneider*
Patrick Layng, Plaintiff
By Debra Schneider, Attorney

{00045825}