UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE THOMAS M. LYNCH       Hearing Date: 8/15/18

Bankruptcy Case No. 17-82868    Adversary No. 18-96018

Title of Cause: TINA JOHNSON/LAYNG v. BURR, et al

Brief Statement
of Motion: MOTION/STIPULATION TO EXTEND TIME TO ANSWER

Name and Addresses
of moving counsel: ATTORNEY JOSHUA KONS, ATTORNEY MICHAEL BURR, ATTORNEY CHRISTINA BANYON

Representing: JAAFAR LAW GROUP, MICHAEL JAAFAR, DAVID IENNA, MICHAEL C. BURR & CHRISTINA BANYON

ORDER

THE MOTIONS/STIPULATIONS TO EXTEND TIME WITHIN WHICH THE ABOVE LISTED PARTIES ARE TO FILE AN ANSWER IS HEREBY APPROVED AND GRANTED. THE DEADLINE TO FILE AN ANSWER OR RESPONSIVE PLEADING IS EXTENDED TO AUGUST 24, 2018

DATE: AUG 15 2018

ENTER:

_____
JUDGE THOMAS M. LYNCH

Prepared and Submitted by:

DEBRA L. SCHNEIDER
ATTORNEY FOR THE
US TRUSTEE