UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Tina Johnson, | ) | CASE NO. 17-82868 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| Patrick Layng, US Trustee, | ) | |
| Plaintiff, | ) | Adv. No. 18-96018 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Thomas Lynch |
| Michael C. Burr, Jaafar Law Group PLLC, | ) | |
| Fairmax Law, Michael Jaafar, David Ienna, | ) | |
| Christina Banyon, and David Carter,, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on September 12, 2018, at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Thomas Lynch in the courtroom usually occupied by him, or whomever may be sitting in his place and stead, United States Bankruptcy Court, Western Division, 327 S. Church St., Rockford, Illinois 61101, and shall then and there present **Defendant Christina Banyon's Motion for an Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and herewith served upon you.

Dated: August 23, 2018.

                                            Christina Banyon, Defendant
                                            HAMPILOS & ASSOCIATES, LTD.

                                            By:  */s/ George P. Hampilos*
                                                  One of her Attorneys

George P. Hampilos – ARDC #6210622
HAMPILOS & ASSOCIATES, LTD.
308 West State Street #210
Rockford, IL  61101
Telephone: 815-962-0044
georgehamp@aol.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Tina Johnson, | ) | CASE NO. 17-82868 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| Patrick Layng, US Trustee, | ) | |
| Plaintiff, | ) | Adv. No. 18-96018 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Thomas Lynch |
| Michael C. Burr, Jaafar Law Group PLLC, | ) | |
| Fairmax Law, Michael Jaafar, David Ienna, | ) | |
| Christina Banyon, and David Carter,, | ) | |
| Defendants. | ) | |

## SERVICE LIST

| | | |
|---|---|---|
| Patrick Layng<br>C/O Debra Schneider<br>U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53719 | Fairmax Law<br>Jaafar Law Group<br>David Ienna<br>Michael Jaafar<br>C/O Joshua Kons<br>Law Offices of Joshua B. Kons, LLC<br>939 West North Avenue, Suite 750<br>Chicago, Illinois 60642 | Mike Burr<br>Fairmax Law<br>1333 Burr Ridge Pkwy,<br>Suite 200<br>Burr Ridge, Illinois 60527 |
| Michael Burr<br>Robert J. Adams & Associates<br>901 West Jackson, Suite 202<br>Chicago, Illinois 60607 | David Carter<br>C/O Daniel Springer<br>Springer Law Firm<br>5301 East State Street, Suite 105<br>Rockford, Illinois 61108 | |

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Tina Johnson, | ) | Bankruptcy Case No. 17-82868 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| Patrick Layng, US Trustee, | ) | |
| Plaintiff, | ) | Adv. No. 18-96018 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Thomas Lynch |
| Michael C. Burr, Jaafar Law Group PLLC, | ) | |
| Fairmax Law, Michael Jaafar, David Ienna, | ) | |
| Christina Banyon, and David Carter, | ) | |
| Defendants. | ) | |

### MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, Christina Banyon, by and through her attorneys, Hampilos & Associates, Ltd., and in support of her Motion for Extension of Time to Answer or Otherwise Plead, states as follows:

1. That on June 7, 2018, Plaintiff filed a Complaint that consists of 194 paragraphs.

2. That Hampilos & Associates, Ltd. were recently retained by the Defendant, Christina Banyon.

3. That the deadline to answer or otherwise plead is currently August 24, 2018.

4. That the Defendant, Christina Banyon, and the Plaintiff have been in active discussions to resolve the matter globally.

5. That other Defendants and the U.S. Trustee are awaiting the Court to make a ruling, or provide guidance, on the topic of "informed consent."

6. No final settlement or resolution is contemplated until the Court makes a ruling, or provides guidance, on "informed consent."

**WHEREFORE**, the Defendant, Christina Banyon, respectfully requests that this Court enter an Order as follows:

A. Allowing the Defendant, Christina Banyon, to file an Answer or otherwise plead within fourteen (14) days after the Court makes a finding on "informed consent;" and

B. Such other relief that is just and equitable.

Dated: August 22, 2018

HAMPILOS & ASSOCIATES, LTD.


By:___/s/ George P. Hampilos_____

George P. Hampilos – ARDC #6210622
HAMPILOS & ASSOCIATES, LTD.
308 West State Street #210
Rockford, IL  61101
Telephone: 815-962-0044
Fax: 815-962-6250
georgehamp@aol.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the **23rd** day of August, 2018, a copy of the foregoing **Motion for an Extension of Time to Answer or Otherwise Plead** was served electronically upon the registered CM/ECF participants as reflected on the Notice of Electronic Filing.

**Dated this 23rd day of August, 2018.**

                                                    HAMPILOS & ASSOCIATES, LTD.

                                                    By:___/s/ *George P. Hampilos*_____

George P. Hampilos – ARDC #6210622
HAMPILOS & ASSOCIATES, LTD.
308 West State Street #210
Rockford, IL  61101
Telephone: 815-962-0044
Fax: 815-962-6250
georgehamp@aol.com