UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re:  Tina Johnson,<br>　　　　　Debtor. | Judge Thomas M. Lynch<br><br>Case No. 17-82868<br><br>Chapter 7 |
| Patrick Layng, US Trustee<br>Plaintiff<br><br>v.<br><br>Michael C. Burr, Jaafar Law Group PLLC, et al<br>Defendants | Adversary Case 18-96018 |

## NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO APPROVE STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT MICHAEL C. BURR

Plaintiff, the United States Trustee, has filed a motion to approve a stipulation for the entry of judgment against defendant Michael C. Burr in this adversary proceeding. A copy of the motion is attached.

**Your rights may be affected.** **You should read the motion papers carefully and discuss them with your attorney, if you have one in this adversary proceeding. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the relief requested, or if you want the court to consider your views on the motion, then you or your attorney must:

Attend the hearing scheduled for Wednesday, January 9, 2019, at 10:30 a.m. in the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 329 South Court Street, Room 3100, Rockford, Illinois.

If you or your attorney do not take these steps, then the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  December 21, 2018                                       Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　PATRICK S. LAYNG
Office of the United States Trustee                              United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715                                       BY:    /s/ Mary R. Jensen
(608) 264-5522                                                  MARY R. JENSEN
Mary.R.Jensen@usdoj.gov                                          Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re:  Tina Johnson, | ) | Judge Thomas M. Lynch |
| Debtor. | ) | |
| | ) | Case No. 17-82868 |
| | ) | |
| | ) | Chapter 7 |
| _____ | ) | _____ |
| | ) | |
| Patrick Layng, US Trustee | ) | Adversary Case 18-96018 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael C. Burr, Jaafar Law Group PLLC, et al | ) | |
| Defendants | ) | |

## MOTION TO APPROVE STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT MICHAEL C. BURR

**NOW COMES** the United States Trustee, Patrick S. Layng, by his attorney, Mary R. Jensen, who respectfully requests that the Court enter the order approving the stipulation for entry of judgment and enter judgment in the above captioned case as to Defendant Michael C. Burr only, and who in support of this motion asserts as follows:

1. On June 7, 2018, the United States Trustee commenced this adversary case by filing a Complaint, Adversary Case No. 18-96018, for an assessment of penalties under U.S.C. §§105, 329, and 526 against the named Defendants.

2. Defendant Michael C. Burr has entered into a Stipulation with the United States Trustee to resolve this matter as it relates to Defendant Michael C. Burr only. See Stipulation, Dkt. 70, attached hereto as Exhibit A.

3. Defendant Michael C. Burr has consented to entry of judgment and agrees that the Court may enter the Order which accompanies this Motion and Stipulation without further notice.

**WHEREFORE,** the United States Trustee requests that the Court approve the Stipulation and enter judgment and the Order Approving such stipulation and all conditions set forth therein.

    Respectfully submitted,

    PATRICK S. LAYNG
    United States Trustee

BY:    /s/ *Mary R. Jensen*
    MARY R. JENSEN
    Assistant United States Trustee

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715
(608) 264-5522
Mary.R.Jensen@usdoj.gov

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies pursuant to 28 U.S.C. § 1746 that she is an employee in the Office of the United States Trustee for the Northern District of Illinois, Western Division and is a person of such age and discretion as to be competent to serve papers.

That on December 21, 2018, copies of the Notice of Motion and Motion Granting Stipulation for Judgment against Michael C. Burr in the above adversary proceeding were served on the parties below by placing said copies in a postpaid envelope and by depositing said envelope and contents in the United States Mail.

| | |
|---|---|
| Michael C. Burr<br>Ledford Wu & Borges<br>105 W. Madison, 23rd Floor<br>Chicago, IL 60602 | David Ienna<br>1 Parklane Blvd.<br>Suite 729 East<br>Dearborn, MI 48126 |
| Fairmax Law<br>23400 Michigan Avenue<br>Suite 110<br>Dearborn, MI 48124 | Michael Jaafar<br>23400 Michigan Avenue<br>Suite 110<br>Dearborn, MI 48124 |
| David Ienna<br>23400 Michigan Avenue<br>Suite 110A<br>Dearborn, MI 48124 | Christina Banyon<br>124 N. Scott Street<br>Joliet, IL 60435 |
| David Carter<br>308 W. State Street<br>Suite 215<br>Rockford, IL 61101 | Jaafar Law Group PLLC<br>23400 Michigan Avenue<br>Suite 110B<br>Dearborn, MI 48124 |

The undersigned further hereby certifies that the attached Notice and Motion Granting Stipulation for Judgment against Michael C. Burr in the above adversary proceeding have been served via electronic mail via ECF from the clerk's office on the following attorneys: Brian Hart, George Hampilos, Michael Burr and Eric Kaplan.

The undersigned further certifies under penalty of perjury that the foregoing is true and correct.

                                                                            /s/ *James C. Dreier, Jr.*
                                                                             James C. Dreier, Jr.
                                                                             Paralegal Specialist